# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
BRADSHAW, QUENTIN                     §    Case No. 10-05388
                                      §
                                      §
            Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on        . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Phillip D. Levey_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-05388 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | | | Date Filed (f) or Converted (c): | 02/12/10 (f) |
| | | | | 341(a) Meeting Date: | 03/29/10 |
| For Period Ending: | 06/06/13 | | | Claims Bar Date: | 08/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE OWNER OCCUPIED 15730 PARK | 150,000.00 | 0.00 | OA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. SINGLE FAMILY RESIDENCE 14546 S HARVEY STREET HARV | 155,000.00 | 0.00 | | 0.00 | FA |
| 3. 2-FLAT AND VACANT LOT 15816 HALSTED, HARVEY, IL 60 | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 4. SINGLE FAMILY RESIDENCE 15327 PAULINA, HARVEY, IL | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 2-FLAT 15134 CENTER, HARVEY, IL 60426 PURCHASED: 2 | 62,000.00 | 11,872.81 | OA | 0.00 | FA |
| 6. U.S. CURRENCY | 0.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT NATIONAL CITY BANK, CHICAGO | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. CHECKING ACCOUNT CHICAGO PATROLMEN'S CREDIT UNION | 5.00 | 5.00 | | 0.00 | FA |
| 9. SAVINGS ACCOUNT'S CHICAGO PATROLMEN CREDIT UNION, | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Household Furnishings | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 6 BOWLING BALLS LOCATION: 15730 PARK AVENUE, HARVE | 300.00 | 0.00 | | 0.00 | FA |
| 13. 1 SMITH & WESSON .357 REVOLVER MODEL 66, BULLET PR | 800.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 14. Employer Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 15. LIFE INSURANCE AIG (TERM POLICY) | 70.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. DEFERRED COMPENSATION PART OF PENSION PROGRAM THRO | 50,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. PENSION THROUGH EMPLOYER COOK COUNTY, IL | 50,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 10-05388 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | | | Date Filed (f) or Converted (c): | 02/12/10 (f) |
| | | | | 341(a) Meeting Date: | 03/29/10 |
| | | | | Claims Bar Date: | 08/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 18. 2001 LEXUS GS300 LIEN W/CHICAGO PATROLMEN'S CREDIT | 5,000.00 | 0.00 | | 0.00 | FA |
| 19. 1 PIT BULL | 200.00 | 0.00 | | 0.00 | FA |
| 20. Income Tax Refund (u) | 0.00 | 3,311.00 | | 3,311.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.23 | Unknown |

TOTALS (Excluding Unknown Values)        $723,975.00        $15,188.81        $3,312.23        Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-05388 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2762 Checking |
| Taxpayer ID No: | *******5271 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 3,307.34 | | 3,307.34 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 2.79 | 3,304.55 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3,307.34 | 2.79 | 3,304.55 |
| Less: Bank Transfers/CD's | 3,307.34 | 0.00 |
| Subtotal | 0.00 | 2.79 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 2.79 |

Page Subtotals  3,307.34  2.79

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-05388 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3674 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5271 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/10 | 20 | Quentin Bradshaw | Income Tax Refund | 1224-000 | 3,311.00 | | 3,311.00 |
| 06/30/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,311.08 |
| 07/30/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,311.16 |
| 08/31/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,311.25 |
| 09/30/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,311.33 |
| 10/29/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,311.41 |
| 11/30/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,311.50 |
| 12/31/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,311.58 |
| 01/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,311.66 |
| 02/28/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,311.69 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 2.02 | 3,309.67 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.70 |
| 04/29/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.73 |
| 05/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.76 |
| 06/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.79 |
| 07/29/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.82 |
| 08/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.85 |
| 09/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.88 |
| 10/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.91 |
| 11/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.94 |
| 12/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,309.97 |
| 01/31/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,310.00 |
| 02/29/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,310.03 |
| 03/30/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,310.06 |
| 04/05/12 | 000102 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 2.87 | 3,307.19 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |

Page Subtotals 3,312.08 4.89

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.02d

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-05388 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | BRADSHAW, QUENTIN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3674  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5271 | | | |
| For Period Ending: | 06/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,307.22 |
| 05/31/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,307.25 |
| 06/29/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,307.28 |
| 07/31/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,307.31 |
| 08/30/12 | 21 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,307.34 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,307.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,312.23 | 3,312.23 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,307.34 | |
| Subtotal | 3,312.23 | 4.89 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,312.23 | 4.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2762 | 0.00 | 2.79 | 3,304.55 |
| Money Market Account (Interest Earn - ********3674 | 3,312.23 | 4.89 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,312.23 | 7.68 | 3,304.55 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.15    3,307.34

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 17.02d

LFORM24

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-05388
Case Name: BRADSHAW, QUENTIN
Trustee Name: Phillip D. Levey

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | COOK COUNTY TREASURER'S OFFICE | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses             $_____

Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000003 | CHICAGO PATROLMEN'S FEDERAL CU | $ | $ | $ |
| 000004 | CHICAGO PATROLMEN'S FEDERAL CU | $ | $ | $ |
| 000005 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000006 | Commonwealth Edison Company | $ | $ | $ |
| 000007 | Nicor Gas | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

  Remaining Balance                     $_____

  Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE