## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
BRADSHAW, QUENTIN § Case No. 10-05388
 §
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Kenneth Gardner
   U.S. Bankruptcy Court Clerk
   219 South Dearborn Street- 7th Floor
   Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/24/2013 in Courtroom 742,
   United States Courthouse
   219 South Dearborn Street
   Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                By: Kenneth S. Gardner_____
                                                    Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
BRADSHAW, QUENTIN  §  Case No. 10-05388
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,312.23 |
| and approved disbursements of | $ | 7.68 |
| leaving a balance on hand of[1] | $ | 3,304.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | COOK COUNTY TREASURER'S OFFICE | $ 33,837.74 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 3,304.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 828.06 | $ 0.00 | $ 828.06 |
| Trustee Expenses: Phillip D. Levey | $ 45.11 | $ 0.00 | $ 45.11 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,215.00 | $ 0.00 | $ 1,215.00 |
| Other: International Sureties, Ltd. | $ 2.02 | $ 2.02 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | | | |
|---|---|---|---|
| Total to be paid for chapter 7 administrative expenses | | $ | 2,088.17 |
| Remaining Balance | | $ | 1,216.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,383.53  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation, assignee | $ 825.11 | $ 0.00 | $ 54.59 |
| 000003 | CHICAGO PATROLMEN'S FEDERAL CU | $ 8,435.10 | $ 0.00 | $ 558.12 |
| 000004 | CHICAGO PATROLMEN'S FEDERAL CU | $ 4,917.76 | $ 0.00 | $ 325.40 |
| 000005 | eCAST Settlement Corporation, assignee | $ 691.89 | $ 0.00 | $ 45.78 |
| 000006 | Commonwealth Edison Company | $ 2,062.23 | $ 0.00 | $ 136.45 |
| 000007 | Nicor Gas | $ 1,451.44 | $ 0.00 | $ 96.04 |

Total to be paid to timely general unsecured creditors     $         1,216.38

Remaining Balance     $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey_____

Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 10-05388-CAD
Quentin Bradshaw                                                    Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 3                  Date Rcvd: Jun 24, 2013
                              Form ID: pdf006             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
db           #+Quentin Bradshaw,    15730 Park Avenue,    Harvey, IL 60426-4337
15093228       ASC, America's Servicing Company,    P.O. Box 10328,    Des Moines, IA 50306-0328
15093224      +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
15093225      +American Home Mtg Svci,    4600 Regent Blvd Ste 200,    Irving, TX 75063-2478
15093226      +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
15093229      +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3178
15093230     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
15093231       Capital One,    P.O. Box 26074,   Richmond, VA 23260-6074
15093233      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15093232      +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
15093234      +Chase Home Finance,    P.O. Box 24573,   Columbus, OH 43224-0573
15093235       Chase Home Finance LLC,    3415 Vision Drive,   Columbus, OH 43219-6009
15093236      +Chase Home Finance LLC,    Attn: Dept G7-PP,    P.O. Box 182106,    Columbus, OH 43218-2106
15093240      +City of Chicago Dept. of Revenue,    Bureau of Parking - Bankruptcy,
                333 South State Street - Suite# 540,    Chicago, IL 60604-3951
15093241       Codilis & Associates,    15 W 030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527
15093242      +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
15520707      +Gayle Davis,    C/O Aaron Rosenblatt,    100 W Monroe, Ste 1800,    Chicago, IL 60603-1912
15093244      +Ge Custom Auto,    3332 Walden Ave,    Depew, NY 14043-2400
15093250      +Ocwen,    12650 Ingenuity Dr.,   Orlando, FL 32826-2703
15093251       Option One,    P.O. Box 57054,    Irvine, CA 92619-7054
15093252      +Option One Mortgage,    Attn: Mailstop DB-AM,    6501 Irvine Center Drive,    Irvine, CA 92618-2118
15093253      +Pierce & Associates,    1 North Dearborn,    Ste 1300,   Chicago, IL 60602-4373
15093254      +Rmi/Mcsi,    3348 Ridge Rd,   Lansing, IL 60438-3112
15093256       The CIT Group/Consumer Finance, Inc,    Attn: Correspondence Dept.,    P.O. Box 24610,
                Oklahoma City, OK 73124-0610
15093257      +Vericrest,    Po Box 24610,   Oklahoma City, OK 73124-0610
15093245     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
              (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
15093259      +Wells Fargo,    Po Box 29704,   Phoenix, AZ 85038-9704
15672997       eCAST Settlement Corporation, assignee,    of Capital One Bank,    POB 35480,
                Newark, NJ 07193-5480
15213540       eCAST Settlement Corporation, assignee,    of Chase Bank USA, NA successor by,
                merger to Washington Mutual,    POB 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15093249       E-mail/Text: ally@ebn.phinsolutions.com Jun 25 2013 02:54:46       Nuvell,   5700 Crooks Rd Ste 301,
                Troy, MI 48098
15093227       E-mail/Text: bnc@trustamerifirst.com Jun 25 2013 02:31:45       Amerifirst Hm Iprvt Fi,
                4405 S 96th St,    Omaha, NE 68127
15667456      +E-mail/Text: jpigott@patrolmensfcu.org Jun 25 2013 03:06:31       CHICAGO PATROLMEN'S FEDERAL CU,
                1407 W.WASHINGTON,   CHICAGO,IL 60607-1820
15240737      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jun 25 2013 03:13:28
                COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
                CHICAGO, IL 60602-1332
15093237      +E-mail/Text: jpigott@patrolmensfcu.org Jun 25 2013 03:06:31       Chgo Pm Cu,    1359 W. Washington,
                Chicago, IL 60607-1905
15093238      +E-mail/Text: jpigott@patrolmensfcu.org Jun 25 2013 03:06:31       Chicago Patrolmans Fcu,
                1359 W Washington Blvd,    Chicago, IL 60607-1905
15821224      +E-mail/Text: legalcollections@comed.com Jun 25 2013 02:35:50       Commonwealth Edison Company,
                3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15093243      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jun 25 2013 03:13:28       Cook County Collector,
                118 North Clark,    Chicago, IL 60602-1394
15093246      +E-mail/Text: Bankruptcy@icsystem.com Jun 25 2013 03:09:27       I C System Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
15981734      +E-mail/Text: bankrup@aglresources.com Jun 25 2013 02:29:34       Nicor Gas,   PO Box 549,
                Aurora IL 60507-0549
15093248      +E-mail/Text: bankrup@aglresources.com Jun 25 2013 02:29:33       Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
15093255      +E-mail/Text: bkr@cardworks.com Jun 25 2013 02:53:42       Spiegel,   101 Crossway Park West,
                Woodbury, NY 11797-2020
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15093239       Chicago Patrolmen's Credit Union
15093258       Wamu
15093247    ##+Marcellus Brown,   15730 Park Avenue,    Harvey, IL 60426-4337
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: wepps              Page 2 of 3             Date Rcvd: Jun 24, 2013
                              Form ID: pdf006          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                      **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: wepps                 Page 3 of 3                   Date Rcvd: Jun 24, 2013
                               Form ID: pdf006             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2013 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    Chase Home Finance LLC
               northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
              Glenda J. Gray    on behalf of Debtor Quentin  Bradshaw ladylawgray@aol.com,    ladylawgray@gmail.com
              Heather M Giannino    on behalf of Creditor    Vericrest Financial, Inc.
               heathergiannino@hsbattys.com,    jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Josephine J Miceli    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               jmiceli@fisherandshapirolaw.com
              Kerry S Trunkett    on behalf of Creditor    Chicago Patrolman's Federal Credit Union
               kerry@trunkettlawpc.com,    mkeenan@trunkettlawpc.com;lpino@trunkettlawpc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,    plevey@ecf.epiqsystems.com
                                                                                               TOTAL: 9