UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                               §
                                     §
                                     §
BRADSHAW, QUENTIN                    §    Case No. 10-05388
                                     §
        Debtor(s)                    §
                                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ASC America's Servicing Company P.O. Box 10328 Des Moines, IA 50306-0328 |  |  |  |  |  |
|  | American Home Mtg Svci 4600 Regent Blvd Ste 200 Irving, TX 75063 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co Po Box 10328 Des Moines, IA 50306 | | | | | |
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| | Chase Home Finance P.O. Box 24573 Columbus, OH 43224 | | | | | |
| | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 | | | | | |
| | Chicago Patrolmen's Credit Union | | | | | |
| | Cook County Collector 118 North Clark Chicago, IL 60602 | | | | | |
| | Cook County Collector 118 North Clark Chicago, IL 60602 | | | | | |
| | Cook County Collector 118 North Clark Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Collector 118 North Clark Chicago, IL 60602 | | | | | |
| | Cook County Collector 118 North Clark Chicago, IL 60602 | | | | | |
| | Ocwen 12650 Ingenuity Dr. Orlando, FL 32826 | | | | | |
| | Ocwen 12650 Ingenuity Dr. Orlando, FL 32826 | | | | | |
| | Option One Mortgage Attn: Mailstop DB-AM 6501 Irvine Center Drive Irvine, CA 92618 | | | | | |
| | The CIT Group/Consumer Finance, Inc Attn: Correspondence Dept. P.O. Box 24610 Oklahoma City, OK 73124-0610 | | | | | |
| 000002 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gayle Davis c/o Aaron Rosenblatt 100 W. MOnroe, Ste. 1800 Chicago, IL 60603 | | | | | |
| 000003 | CHICAGO PATROLMEN'S FEDERAL CU | | | | | |
| 000004 | CHICAGO PATROLMEN'S FEDERAL CU | | | | | |
| 000006 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000007 | NICOR GAS | | | | | |
| 000001 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-05388 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | | | Date Filed (f) or Converted (c): | 02/12/10 (f) |
| | | | | 341(a) Meeting Date: | 03/29/10 |
| For Period Ending: | 06/06/13 | | | Claims Bar Date: | 08/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE OWNER OCCUPIED 15730 PARK | 150,000.00 | 0.00 | OA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. SINGLE FAMILY RESIDENCE 14546 S HARVEY STREET HARV | 155,000.00 | 0.00 | | 0.00 | FA |
| 3. 2-FLAT AND VACANT LOT 15816 HALSTED, HARVEY, IL 60 | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 4. SINGLE FAMILY RESIDENCE 15327 PAULINA, HARVEY, IL | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 2-FLAT 15134 CENTER, HARVEY, IL 60426 PURCHASED: 2 | 62,000.00 | 11,872.81 | OA | 0.00 | FA |
| 6. U.S. CURRENCY | 0.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT NATIONAL CITY BANK, CHICAGO | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. CHECKING ACCOUNT CHICAGO PATROLMEN'S CREDIT UNION | 5.00 | 5.00 | | 0.00 | FA |
| 9. SAVINGS ACCOUNT'S CHICAGO PATROLMEN CREDIT UNION, | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Household Furnishings | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 6 BOWLING BALLS LOCATION: 15730 PARK AVENUE, HARVE | 300.00 | 0.00 | | 0.00 | FA |
| 13. 1 SMITH & WESSON .357 REVOLVER MODEL 66, BULLET PR | 800.00 | 0.00 | | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 14. Employer Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 15. LIFE INSURANCE AIG (TERM POLICY) | 70.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. DEFERRED COMPENSATION PART OF PENSION PROGRAM THRO | 50,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. PENSION THROUGH EMPLOYER COOK COUNTY, IL | 50,000.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-05388 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Phillip D. Levey |
| Case Name: | BRADSHAW, QUENTIN | | | | Date Filed (f) or Converted (c): | 02/12/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/29/10 |
| | | | | | Claims Bar Date: | 08/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 18. 2001 LEXUS GS300 LIEN W/CHICAGO PATROLMEN'S CREDIT | 5,000.00 | 0.00 | | 0.00 | FA |
| 19. 1 PIT BULL | 200.00 | 0.00 | | 0.00 | FA |
| 20. Income Tax Refund (u) | 0.00 | 3,311.00 | | 3,311.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.23 | Unknown |

TOTALS (Excluding Unknown Values)      $723,975.00      $15,188.81      $3,312.23      Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 06/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.02d

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-05388 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2762 Checking |
| Taxpayer ID No: | *******5271 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 3,307.34 | | 3,307.34 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 2.79 | 3,304.55 |
| 08/04/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 828.06 | 2,476.49 |
| 08/04/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 45.11 | 2,431.38 |
| 08/04/13 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,215.00 | 1,216.38 |
| 08/04/13 | 010005 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA successor by merger to Washington Mutual POB 35480 Newark, NJ 07193-5480 | Claim 000001, Payment 6.61609% (1-1) CREDIT CARD DEBT | 7100-900 | | 54.59 | 1,161.79 |
| 08/04/13 | 010006 | CHICAGO PATROLMEN'S FEDERAL CU 1407 W.WASHINGTON CHICAGO,IL 60607 | Claim 000003, Payment 6.61664% (3-1) Loan#6 | 7100-000 | | 558.12 | 603.67 |
| 08/04/13 | 010007 | CHICAGO PATROLMEN'S FEDERAL CU 1407 W.WASHINGTON CHICAGO,IL 60607 | Claim 000004, Payment 6.61683% (4-1) Loan 8 | 7100-000 | | 325.40 | 278.27 |
| 08/04/13 | 010008 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Claim 000005, Payment 6.61666% (5-1) CREDIT CARD DEBT | 7100-900 | | 45.78 | 232.49 |
| 08/04/13 | 010009 | Commonwealth Edison Company 3 Lincoln Center, 4th Floor Attn: Bankruptcy Section | Claim 000006, Payment 6.61662% | 7100-000 | | 136.45 | 96.04 |
| | | | Page Subtotals | | 3,307.34 | 3,211.30 | |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-05388 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2762 Checking |
| Taxpayer ID No: | *******5271 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/13 | 010010 | Oakbrook Terrace, IL 60181<br>Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000007, Payment 6.61688% | 7100-000 | | 96.04 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3,307.34 | 3,307.34 | 0.00 |
| Less: Bank Transfers/CD's | 3,307.34 | 0.00 | |
| Subtotal | 0.00 | 3,307.34 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,307.34 | |

Page Subtotals      0.00      96.04

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-05388 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3674 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5271 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/10 | 20 | Quentin Bradshaw | Income Tax Refund | 1224-000 | 3,311.00 | | 3,311.00 |
| 06/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,311.08 |
| 07/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,311.16 |
| 08/31/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,311.25 |
| 09/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,311.33 |
| 10/29/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,311.41 |
| 11/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,311.50 |
| 12/31/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,311.58 |
| 01/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,311.66 |
| 02/28/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,311.69 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 2.02 | 3,309.67 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.70 |
| 04/29/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.73 |
| 05/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.76 |
| 06/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.79 |
| 07/29/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.82 |
| 08/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.85 |
| 09/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.88 |
| 10/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.91 |
| 11/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.94 |
| 12/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,309.97 |
| 01/31/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,310.00 |
| 02/29/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,310.03 |
| 03/30/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,310.06 |
| 04/05/12 | 000102 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 2.87 | 3,307.19 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |

Page Subtotals                    3,312.08            4.89

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-05388 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BRADSHAW, QUENTIN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3674 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5271 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 04/30/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,307.22 |
| 05/31/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,307.25 |
| 06/29/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,307.28 |
| 07/31/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,307.31 |
| 08/30/12 | 21 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,307.34 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,307.34 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,312.23 | 3,312.23 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,307.34 | |
| Subtotal | 3,312.23 | 4.89 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,312.23 | 4.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2762 | 0.00 | 3,307.34 | 0.00 |
| Money Market Account (Interest Earn - ********3674 | 3,312.23 | 4.89 | 0.00 |
| | 3,312.23 | 3,312.23 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.15  3,307.34

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*